IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENESIS MATOS RAMIREZ,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 19-CV-1295 |
| SUPT. SCI CAMBRIDGE SPRINGS, et al.,<br>Respondents. | : | |

**ORDER**

AND NOW, this 18TH day of OCTOBER, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is SUMMARILY DISMISSED as unverified, and time-barred, without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
CHAD F. KENNEY, J.